■ In the Matter of the Claim of MARTIN LAFFERTY, Respondent, v JBA NATIONAL, INC. et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent. [605 NYS2d 964] —Appeal from a decision of the Workers' Compensation Board, filed May 6, 1992.

The Board found that claimant was a dependent of decedent, Daniel Lafferty, and awarded benefits. The employer and carrier appeal from a later decision of the Board which refused to withhold payment of the award pending the litigation of issues concerning the settlement of a third-party lawsuit and determination of deficiency compensation. In our view, the appeal must be dismissed as premature because the amount of actual credit which is to be allowed against claimant's benefits from the recovery in a third-party action is a question of fact which the Board has yet to resolve.

Crew III, J. P., Cardona, White, Mahoney and Casey, JJ., concur. Ordered that the appeal is dismissed, without costs.

■ In the Matter of the Claim of BETTY A. SWEAT, Appellant. CHILDREN'S HOME OF POUGHKEEPSIE, Respondent; JOHN F. HUDACS, as Commissioner of Labor, Respondent. [603 NYS2d 362] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 30, 1992, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Claimant was discharged after she repeatedly refused a supervisor's instructions to clean certain bathrooms. Admittedly, this task was part of her job duties. Under the circumstances, and given the record before us, there is substantial evidence to support the Board's conclusion that claimant's refusal was insubordinate and amounted to misconduct. Claimant's remaining contentions have been considered and rejected as unpersuasive.

Weiss, P. J., Mercure, Crew III and White, JJ., concur. Ordered that the decision is affirmed, without costs.